# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROLANDO PADILLA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-3595 |
| | § | |
| JEREMY DYE AND | § | |
| BIG G EXPRESS, INC. | § | |
| | § | |
| *Defendants*. | § | |

**EXHIBIT A: INDEX OF DOCUMENTS BEING FILED WITH
THE NOTICE OF REMOVAL**

| **Exhibit** | **Document Title** |
|---|---|
| A | Index of Documents |
| B | Docket Sheet |
| C | Plaintiff's Original Petition, |
| D | Plaintiff's Service of Process on Defendant Jeremy Dye |
| E | Plaintiff's Service of Process on Defendant Big G Express, Inc. |
| F | List of Counsel of Record |